UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 1344 |
| | : | (Bank Fraud) |
| LAWRENCE GERALD, | : | |
| | : | |
| Defendant. | : | |

# I N F O R M A T I O N

The United States Attorney hereby informs the Court that**:**

## COUNT ONE

Between on or about September 27, 2005, and on or about April 14, 2006, in a continuing course of action, within the District of Columbia and elsewhere, defendant **LAWRENCE GERALD**, devised and executed a scheme and artifice to defraud Wachovia Bank, a financial institution insured by the Federal Deposit Insurance Corporation, and to obtain money, funds and assets owned by and under the custody and control of Wachovia Bank by means of false or fraudulent pretenses, representations and promises.

**(Bank Fraud, in violation of Title l8, United States Code, Sections 1344)**

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

BY: _____

PERHAM GORJI
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W. Room 4233
Washington, D.C. 20530
(202) 353-8822