UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>LAWRENCE GERALD ) | Criminal Case No. 06-337 |

WAIVER OF INDICTMENT

I, **LAWRENCE GERALD**, the above-name defendant, who is accused of

18 USC 1344
Bank Fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **January 9, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: _January 9, 2007_
Judge John D. Bates