## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.:   06-337 (JDB) |
| v. | : |
| | : MAG. NO.: |
| LAWRENCE GERALD, | : |
| | : |
| | : 18 U.S.C. § 1344 |
| Defendant. | : (Bank Fraud) |
| | : |
| | : |

**FILED**

JAN 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant LAWRENCE GERALD, agrees and stipulates that were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

At all relevant times, Wachovia Bank (hereinafter referred to as "Wachovia") was a financial institution insured by the Federal Deposit Insurance Corporation. Defendant LAWRENCE GERALD was the holder of Wachovia account number

(hereinafter referred to as the "Wachovia account"). At all relevant times, LAWRENCE GERALD's Wachovia account was closed due to insufficient funds, including the period of time between on or about September 27, 2005, and on or about April 14, 2006. During that period, knowing his Wachovia account was closed, LAWRENCE GERALD wrote checks from the Wachovia account with the intent of having them cashed at several Army Air Force Exchange

Services ("AAFES") facilities at Bolling Air Force Bace, located in Washington D.C. ("BAFB");

Walter Reed Army Medical Center, located in ~~Virginia~~ ("WRAMC"); and Fort Myers, located in

Washington, D.C.

Virginia ("Ft. Myers").

LAWRENCE GERALD was able to obtain U.S. currency by having the checks

listed below from his Wachovia account cashed in two general manners: 1) by writing a check to

a member of the military who had proper identification, having the individual cash the check and

receiving either all or a majority of the cash from the individual; or 2) by writing a check to the

AAFES facility, providing the AAFES teller or cashier with a social security number that did not

belong to LAWRENCE GERALD and receiving cash directly from the AAFES teller or cashier.

| Check | Date | Amount | Location | Payee / Complainant | Restitution Owed |
|-------|------|--------|----------|---------------------|------------------|
| 1011 | Sept. 27, 2005 | $200.00 | unknown | Charles Lee | $225.00 |
| 1012 | Sept. 28, 2005 | $190.00 | unknown | Charles Lee | $215.00 |
| 1014 | Oct. 7, 2005 | $300.00 | WRAMC | Trevawn Prosise | $305.00 |
| 1015 | Oct. 6, 2005 | $300.00 | Ft. Myers | Trevawn Prosise | $305.00 |
| 1016 | Oct. 11, 2005 | $300.00 | Ft. Myers | Trevawn Prosise | $305.00 |
| 1022 | Oct. 18, 2005 | $300.00 | WRAMC | Frank Eaddy, Jr. | $325.00 |
| 1023 | Dec. 19, 2005 | $300.00 | unknown | unknown | $300.00 |
| 1025 | Jan. 4, 2006 | $300.00 | WRAMC | Christopher Jordan | $25.00 |
| 1026 | Jan. 12, 2006 | $300.00 | WRAMC | Douglas Hall | $325.00 |
| 1027 | Nov. 10, 2005 | $300.00 | BAFB | Victor Hall | $325.00 |
| 1028 | Jan. 15, 2006 | $300.00 | BAFB | unknown (AAFES) | $300.00 |
| 1029 | Jan. 9, 2006 | $300.00 | WRAMC | Christopher Jordan | $300.00 |
| 1030 | Jan. 16, 2006 | $300.00 | BAFB | AAFES | $300.00 |

| 1031 | Mar. 26, 2006 | $60.00 | BAFB | AAFES | $60.00 |
|---|---|---|---|---|---|
| 1034 | Mar. 27, 2006 | $250.00 | BAFB | AAFES | $250.00 |
| 1036 | Mar. 26, 2006 | $60.00 | BAFB | AAFES | $60.00 |
| 1037 | Mar. 28, 2006 | $60.00 | BAFB | AAFES | $60.00 |
| 1038 | April 3, 2006 | $300.00 | WRAMC | Enrique Brathwaite | $325.00 |
| 1062 | Feb. 3, 2006 | $50.00 | BAFB | AAFES | $50.00 |
| 1063 | Feb. 3, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1064 | Feb. 7, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1070 | Feb. 17, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1071 | Feb. 24, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1072 | Feb. 13, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1074 | Feb. 24, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1075 | Feb. 19, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1076 | Feb. 19, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1077 | Feb. 19. 2006 | $50.00 | BAFB | AAFES | $50.00 |
| 1078 | Feb. 20, 2006 | $250.00 | BAFB | AAFES | $250.00 |
| 1079 | Feb. 21, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1080 | Feb. 25, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1081 | Mar. 22, 2006 | $50.00 | BAFB | AAFES | $50.00 |
| 1082 | Mar. 22, 2006 | $60.00 | BAFB | AAFES | $60.00 |
| 1083 | Mar. 20, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1084 | unknown | $300.00 | unknown | AAFES | $300.00 |
| 1085 | Mar. 19, 2006 | $50.00 | BAFB | AAFES | $50.00 |
| 1086 | Mar. 23, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1087 | Mar. 24, 2006 | $60.00 | BAFB | AAFES | $60.00 |
| 1088 | Mar. 24, 2006 | $50.00 | BAFB | AAFES | $50.00 |

| 1089 | Mar. 25, 2006 | $300.00 | BAFB | AAFES | $300.00 |
|------|---------------|---------|------|-------|---------|
| 1090 | Jan. 18, 2006 | $60.00 | unknown | AAFES | $60.00 |
| 1091 | Jan. 18, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1092 | Jan. 26, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1093 | Jan. 21, 2006 | $300.00 | BAFB | AAFES | $300.00 |
| 1095 | Jan. 21, 2006 | $300.00 | BAFB | AAFES | $300.00 |

In addition, on March 29, 2006, LAWRENCE GERALD attempted to cash check number 1035 from his Wachovia account at BAFB. He was denied from cashing the check at BAFB AAFES and attempted to cash it at the BAFB Shoppette, where the cashier informed him she would need to make a copy of the check and his identification card prior to cashing it. After making a copy of LAWRENCE GERLAD's check and photo ID card, the cashier informed him he could not cash the check.

On April 14, 2006, at approximately 1610 hours, LAWRENCE GERALD and a sergeant approached a WRAMC employee at Building One to cash a $300 check from his Wachovia account. The employee informed LAWRENCE GERALD he could not cash a two-party check for that amount and showed them the check cashing policy. LAWRENCE GERALD stated he always cashed them and asked when the policy changed. The employee informed them that the Post Exchange was open and stated they may want to try there. The employee then contacted the police.

A few minutes later, LAWRENCE GERALD and the sergeant entered the cashier line of another employee at Building Two of WRAMC. They were informed that they could not cash a check for more than $100.00. LAWRENCE GERALD wrote out another check for $100

from his Wachovia account. Before the check was cashed, the WRAMC police arrived. Officer Harris approached LAWRENCE GERALD and asked if he had just come from Building One. Officer Harris then asked for LAWRENCE GERALD's identification. Upon confirming LAWRENCE GERALD's identification, Officer Harris arrested LAWRENCE GERALD and escorted him to Building Twelve for an interview by Detective Roberson. After being advised of and waiving his Miranda rights, LAWRENCE GERALD stated he owed Sergeant Harrelson $100 and was writing the check to pay him back. LAWRENCE GERALD admitted that he knew writing the check on his Wachovia account was wrong and illegal because the account was closed. He stated he had cashed additional checks on prior occasions at WRAMC.

To date, Wachovia has not honored any of the checks listed above, all of which were cashed pursuant to LAWRENCE GERALD's scheme during the period between on or about September 27, 2005, and on or about April 14, 2006. To date, AAFES has not been reimbursed for any of the checks cashed directly by LAWRENCE GERALD. AAFES has recovered all funds cashed by military personnel on behalf of LAWRENCE GERALD by withholding payments on the military paychecks and / or pension accounts of the individuals who cashed checks on behalf of LAWRENCE GERALD. In addition, AAFES imposed a $25 service fee per check on each of the individuals who cashed the fraudulent checks.

Christopher Jordan was later able to approach LAWRENCE GERALD and collect $600 that Mr. Jordan owed AAFES as a result of having cashed two checks in the amount of $300 per check for LAWRENCE GERALD. LAWRENCE GERALD was unable and did not reimburse Mr. Jordan the $50 total that AAFES imposed on Mr. Jordan as a penalty for cashing

two fraudulent checks.  None of the other military personnel have been paid for their losses,

except LAWRENCE GERALD did pay Mr. Trevawn Prosise twenty dollars ($20), in advance,

each of the three times Mr. Prosise cashed a check for LAWRENCE GERALD.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No.  498610

By:

Perham Gorji
Assistant United States Attorney
Delaware Bar. No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

### DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the six (6) page Statement of Offense in the above-captioned
case, 06-XXXX, with my attorney, Lloyd J. Eisenberg, Esquire.  I agree, and acknowledge by
my signature that this Statement of Offense is true and correct.

Date: 1/8/07

Lawrence Gerald, Defendant

Date: 1/9/07

Lloyd J. Eisenberg, Esq.
Attorney for Defendant

6