## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LAWRENCE GERALD,

Defendant.

Criminal No. 06-337 (JDB)

FILED

NOV 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Pursuant to the hearing held on this __28th__ day of November 2007, it is hereby

**ORDERED** that defendant Lawrence Gerald (Reg. No. 48503-003) is remanded to the custody of the U.S. Marshal for commencement of the service of the sentence of this Court entered on October 10, 2007; it is further

**ORDERED** that defendant shall be transferred to the D.C. Correctional Treatment Facility forthwith; it is further

**ORDERED** that the D.C. Correctional Treatment Facility shall provide defendant with all appropriate drug treatment programs; and it is further

**ORDERED** that the U.S. Probation Office shall forthwith advise the appropriate office of the U.S. Bureau of Prisons that the Court recommends that defendant be placed at FPC Alderson and that FPC Alderson should provide defendant with any available mental health and substance abuse programs.

_____
JOHN D. BATES
United States District Judge

Copies to:

D.C. Jail
1901 D St., SE
Washington DC 20003

Renee Moses-Gregoy
U.S. Probation Office

Counsel of record